# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2811
LT Case No. 2018-CA-000646

_____

TIMOTHY S. MILLER,

Appellant,

v.

SUSAN PETERSON GEDERT,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Donald E. Scaglione, Judge.

Timothy S. Miller, Lake City, pro se.

Eugene L. Beil, of Beil & Hay, P.A., Hudson, for Appellee.

July 16, 2024

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____